**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-27430-CIV-ALTONAGA**

**ROLANDO REYES MORALES,**

Petitioner,

v.

**WARDEN, KROME NORTH**
**SERVICE PROCESSING CENTER,**

Respondent.
_________________________________/

**ORDER**

**THIS CAUSE** came before the Court on Respondent's Motion to Transfer Venue [ECF No. 7], filed on October 28, 2026. Respondent requests that the Court transfer this action to the Middle District of Florida because Petitioner was detained at the Glades County Detention Center when he filed his Petition. (*See* Mot. 1; *id.*, Ex. A, Det. Hist. [ECF No. 7-1] 1).[1] On October 28, 2026, the Court directed Petitioner to respond to the Motion by November 11, 2026. (*See* Oct. 28, 2026 Order [ECF No. 8] 2). Under Local Rule 7.1(c)(1), "each party opposing a motion shall file and serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c)(1). Petitioner has not responded or requested additional time to do so.

Accordingly, it is

**ORDERED** that Respondent's Motion to Transfer Venue [ECF No. 7] is **GRANTED**. The Clerk of Court is **DIRECTED** to **TRANSFER** this action to the United States District Court

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

for the Middle District of Florida, Fort Myers Division. *See* M.D. Fla. L.R. 1.04(a). Upon transfer, the Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 13th day of November, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**